1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ROBERT I. LESTER
4  Assistant United States Attorney (CBN 116429)
        Federal Building, Suite 7516
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-2464
        Facsimile: (213) 894-5900
7       E-mail: robert.lester@usdoj.gov

8  Attorneys for Plaintiff

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

10
                    UNITED STATES DISTRICT COURT
11
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,      No.  **SACV13-01183 JST (RNBx)**

14                Plaintiff,           [SACR 99-0143-GLT]

15      v.

16 KEITH ROBERT DROHAN,               [~~PROPOSED~~]

17                Defendant.          ORDER FOR APPEARANCE OF
                                      DEFENDANT/JUDGMENT DEBTOR
18                                    AND FOR PRODUCTION OF
                                      DOCUMENTS
19

20

21

22

23

24

25

26

27

28

1   Upon reading the application by the United States and the

2   accompanying declaration:

3   IT IS ORDERED that defendant Keith Robert Drohan, judgment

4   debtor herein, shall appear personally before Hon.

5   Robert N. Block, United States Magistrate Judge, on the 6th

6

7   Floor, United States Courthouse, 411 W. 4th Street,

8   Santa Ana California 92701; on [BETWEEN SEPTEMBER 23 AND

9   SEPTEMBER 25 24, 2013], at 9:30 a.m., to provide testimony,

10  under oath, in a judgment debtor examination, in connection with

11  the enforcement of the Judgment requiring Drohan to pay

12  restitution.

13

14  IT IS FURTHER ORDERED that Drohan shall produce the

15  documents described on the attached list that are in his

16  possession, custody, or control -- by no later than 10 days

17  before the date set forth above for the judgment debtor

18  examination -- to Assistant United States Attorney Robert I.

19  Lester; United States Attorney's Office; 300 North Los Angeles

20

21  Street, Room 7516-AA; Los Angeles, CA 90012.

22  DATED: August 1, 2013.

23                                    ROBERT N. BLOCK

24                         UNITED STATES MAGISTRATE JUDGE

25  **NOTICE TO JUDGMENT DEBTOR.**   IF YOU FAIL TO APPEAR AT THE TIME
    AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
26  AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN
    ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES
27  INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.   CAL. CODE
    CIV. PROC. § 708.110(e).
28

                                -1-

## LIST OF DOCUMENTS REQUESTED

Twenty categories of documents are requested, as follows:

1.    Bank statements for the past 24 months from all banks, or other financial institutions, where you, or your spouse, have an account of any kind.

2.    Business records for the present year and past calendar year which reflects assets, liabilities, gross receipt and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3.    Bank statements for the past 24 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4.    All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

5.    All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

6.    All stocks, bonds, or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.

-2-

7.    Titles and registration certificates to all motor vehicles, aircraft and watercraft owned by you or your spouse.

8.    All life insurance policies in which you are either the insured or the beneficiary.

9.    All promissory notes held by you or your spouse, and all other documents evidencing any money owed to you or your spouse either now or in the future.

10.   All deeds, bills of sale or other documents prepared or used in connection with any transfer of real property or personal property made by you, either by gift, sales, or otherwise within the last five years.

11.   Books of deposit, passbooks or other documents setting forth all deposits or receipts made by you or for your benefit in any savings and loan accounts, certificates of deposit or checking or other bank accounts for the past three years.

12.   Books of deposit, cancelled checks, bank statements, check registers and other documents setting forth all disbursements made by you from any savings accounts, savings and loan accounts, certificates of deposit or checking accounts.

13.   Copies of all financial statements and loan applications submitted by you within the last five years for the purpose of obtaining credit.

-3-

14.   Payroll records and records of earnings showing all earnings of and sums received by you for the past three years. Said record is to include salary, bonuses, expense account, automobile reimbursement, and other things of value received by you.   Said record should detail each pay period for gross earnings and all deductions from said gross earnings.

15.   Documents concerning any income received or receivable by you from any source whatsoever other than current earnings for the past three years.

16.   Records of all sums on deposit to your credit in a credit union and/or any company savings account or plan of any type or description.

17.   All records and court papers concerning any lawsuits in which you are involved in any manner.

18.   Your federal and state income tax returns, including W-2 Forms and supporting schedules, for the past three years.

19.   All documents in the possession of under your control tending to establish your monthly expenses for the following: rent, food and household supplies, utilities, telephone, laundry and cleaning, clothing, medical, dental, insurance (life, healthy, accident, etc.), school, entertainment, incidentals, transportation, auto expenses, (insurance, gas, oil, repair, etc.) and installment payments, including cancelled checks

-4-

showing payments of said charges, any and all bills, receipts, charge account statements and charge account receipts directly relating to said expenditures.

20. All financial statements for yourself, any member of your immediate family, or any business or partnership in which you have any ownership interest, filed or created from during the last five years.